UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BONILLA,

          Plaintiff,

   v.

WARDEN,

          Defendant.

Case No. 24-cv-00234-JSW

**ORDER OF DISMISSAL**

    Petitioner, a California prisoner on death row, has filed a "notice of independent action" that was opened as a new case seeking federal habeas relief from his conviction or sentence. Petitioner has a pending petition for a writ of habeas corpus in which he challenges his state court judgment he challenges in the petitions filed herein. *See Bonilla v. Ayers*, No. C 08-0471 YGR. He is represented by counsel in that case, and he must bring all of his claims, motions, and other requests, including the instant request, through counsel in that case. There is no need for petitioner to have more than one habeas case challenging the same state court judgment. Accordingly, the above-captioned petition is DISMISSED. The clerk shall enter judgments and close the files.

    **IT IS SO ORDERED.**

Dated: January 18, 2024

JEFFREY S. WHITE
United States District Judge